UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DEBRA ATOR,

    Plaintiff,

v.     Case No:  2:11-cv-370-FtM-99SPC

TYPHOON MEDIA CORPORATION and
SIMON BAILEY,

    Defendants.
_____/

## ORDER

This matter comes before the Court on the Defendant, Typhoon Media's Stipulation Construed as a Motion to Substitute Counsel (Doc. #28) filed on November 16, 2012.  Atty. William G. Salim, Esq. of the law firm Moskowitz, Mandell, Salim & Simonwitz, P.A., Counsel for the Defendants, Typhoon Media and Simon Bailey moves the Court to substitute Atty. Charles W. Gerdes, Esq. and Michael J. Keane, Esq. of the law firm Keane Reese, Vesely & Gerdes, P.A. for current counsel.

Atty. Salim conferred with the Counsel for the Plaintiff who does not oppose the Motion. Thus, the Court finds good cause to grant the substitution.

Accordingly, it is now

**ORDERED:**

The Defendant, Typhoon Media's Motion to Substitute Counsel (Doc. #28) is **GRANTED**.

    (1) Attorneys Charles W. Gerdes, Esq. and Michael J. Keane, Esq. of the law firm Keane Reese, Vesely & Gerdes, P.A. 770 Second Avenue South, St. Petersburg, Florida

33701 are hereby substituted as Counsel of Record for the Defendants Typhoon Media and Simon Bailey.

(2) All future motions, filings, correspondence, pleadings, or other notifications in the case are to be sent to Charles W. Gerdes, Esq. and Michael J. Keane, Esq. of the law firm Keane Reese, Vesely & Gerdes, P.A.

(3) Atty. William G. Salim, Esq. of the law firm Moskowitz, Mandell, Salim & Simonwitz, P.A., is hereby relieved of all further responsibilities in this case.

(4) The Clerk of the Court is hereby directed to terminate William G. Salim, Esq. of the law firm Moskowitz, Mandell, Salim & Simonwitz, P.A., from all future electronic notifications in this case.

**DONE** and **ORDERED** in Fort Myers, Florida this 16th day of November, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record